Deon McNeil Wilkins ID: 22034263/COG043
Santa Clara County Main Jail
150 W. Hedding Street
San Jose, CA 95110


23-cv-03913-VC